**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

John Dale Allen

      vs        Case No. 2:17-cv-561

Nationwide Mutual Insurance Company, et al.

**Judge Smith**
**Magistrate Judge Deavers**

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Leave to File First Amended Complaint is DENIED. Plaintiff's Motion for Default Judgment is DENIED. Defendant's Motion for Judgment on the Pleadings is GRANTED.

Date: **April 13, 2018**     **Richard W. Nagel, Clerk**

                                                 s/ Scott Miller
                                     By Scott Miller /Deputy Clerk